
CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> ZHAO "JENNY" ZENG HONG, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> THE TRUST ACCOUNT OF THE LAW OFFICE OF GLYN E. LEWIS, <br><br> Garnishee. | Case No. MC17-0080RSL <br><br> ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Zhao "Jenny" Zeng Hong, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, The Trust Account of the Law Office of Glyn E. Lewis. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-4) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-5) submitted by plaintiff's counsel on July 28, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1     Dated this 1st day of August, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT    -2-