CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

ZHAO "JENNY" ZENG HONG,

    Defendant/Judgment Debtor,

and

THE TRUST ACCOUNT OF THE LAW OFFICE OF GLYN E. LEWIS

    Garnishee.

Case No. 2:17-mc-00080 RSL

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:    The Trust Account of the Law Office of Glyn E. Lewis
                        1100 Dexter Ave. N., Suite 100
                        Seattle, WA 98109

An *Order to Issue Writ of Continuing Garnishment* against the property of the Defendant/Judgment Debtor, Zhao "Jenny" Zeng Hong, whose last known address is 3743 N. Heather Place, Bellingham, WA 98226, has been entered by this Court, pursuant to 28 U.S.C. §3205. The

**WRIT OF CONTINUING GARNISHMENT**
PAGE 1

judgment award associated with this Writ was for the amount of $1,337,519.20, plus future interest at the legal rate, if so ordered, entered in <u>Perez v. Jie</u>, *et al.,* No. 2:13-877-RSL, United States District Court for the Western District of Washington (March 24, 2015). As of July 28, 2017, a balance of $1,325,201.61 remains outstanding. The following is required:

    1.    You are required by law to Answer in writing, under oath, within **ten (10) days**, whether you have in your possession, custody or control now, or will have in your possession custody, or control in the future, any property in which the Defendant/Judgment Debtor has a substantial nonexempt interest, including nonexempt, disposable earnings. Please use the *"Answer of the Garnishee"* form that accompanies this Writ.

    2.    You are required to immediately withhold and retain any and all property in which the Defendant/Judgment Debtor has a substantial nonexempt interest and for which you, the Garnishee, are or may become indebted to the Defendant/Judgment Debtor pending further order of the Court.

    3.    You must file the Original *Answer of the Garnishee* to this Writ within **ten (10) days** of your receipt of this Writ with the United States District Court Clerk for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

    4.    Additionally, you are required by law to Serve in person or by First Class Mail a copy of the *Answer of the Garnishee* to this Writ (1) upon the Defendant/Judgment Debtor, Zhao "Jenny" Zeng Hong, whose last known address is 3743 N. Heather Place, Bellingham, WA 98226, and (2) upon the United States Department of Labor, Office of the Solicitor, Jeannie Gorman, 300 Fifth Ave., Suite 1120, Seattle, WA 98104.

    5.    Under the law there may be property which is exempt from this Writ of Continuing Garnishment. Property which may be exempt and which may not be subject to this Order is listed in the accompanying *"Civil Claim for Exemption Form."*

    6.    Pursuant to 15 U.S.C. §1674 you, the Garnishee, are prohibited from discharging the

Defendant/Judgment Debtor from employment if the earnings have been subject to garnishment for any one indebtedness. If you fail to Answer this Writ or withhold property in accordance with this Writ, the United States Department of Labor may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant/Judgment Debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant/Judgment Debtor any property attached by this Writ.

DATED this **1st** day of **August**, 2017.

_____
CLERK, U.S. DISTRICT COURT

Presented by:

Nicholas C. Geale
Acting Solicitor of Labor

Janet M. Herold
Regional Solicitor

Bruce L. Brown
Associate Regional Solicitor

Jeannie Gorman
Senior Trial Attorney

_____
U.S. Department of Labor