CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

    v.

ZHAO "JENNY" ZENG HONG,

    Defendant/Judgment Debtor,

    and

THE TRUST ACCOUNT OF THE LAW OFFICE OF GLYN E. LEWIS

    Garnishee.

Case No. 2:17-mc-00080 RSL

**NOTICE TO DEFENDANT/ JUDGMENT DEBTOR FROM CLERK, UNITED STATES DISTRICT COURT**

TO:    ZHAO "JENNY" ZENG HONG:

You are hereby notified that a garnishment action is being taken by the United States of America, which has a Judgment from the U.S. District Court for the Western District of Washington, in Perez v. Jie, *et al.*, No. 2:13-cv-877 (March 24, 2015), in the amount of $1,337,519.20, and possible future interest against you. As of July 28, 2017, a balance of $1,325,201.61 remains outstanding. In

addition, you are hereby notified that there are exemptions under federal law and/or state law which may protect some of your property from being taken by the Government, if you can show that the exemptions apply. Attached is a summary of the major exemptions, entitled "*Civil Claim for Exemption Form*", which may apply to this action. A "*Notice to Defendant/ Judgment Debtor from Clerk on How to Claim Exemptions*" also accompanies this Notice. You, Zhao "Jenny" Zeng Hong, have a right to ask the Court to return your property to you if you believe the property the government is taking qualifies under one of the exemptions listed in the attached *Civil Claim for Exemption Form*. You also have the right to explain to the Court that the United States is not in compliance with any statutory requirement for the issuance of this garnishment, if that is your position. If you want a hearing, you must notify the Court within **twenty (20) days** after receipt of this Notice. Your request must be in writing. If you wish, you may use the attached "*Request for Hearing Form*" to request the hearing. To request a hearing, you must do all of the following:

(1) Either mail your original *Request for Hearing Form* via First Class Mail, or deliver it in person to the Clerk of the United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101; and

(2) Either mail a copy of your request via First Class Mail, or deliver it in person to The Trust Account of the Law Office of Glyn E. Lewis, 1100 Dexter Ave. N., Seattle, WA 98109; and

(3) Either mail a copy of your request via First Class Mail, or deliver it in person to the U.S. Department of Labor, Office of the Solicitor, Jeannie Gorman, 300 Fifth Ave., Suite 1120, Seattle, WA 98104.

The hearing, when appropriate, will take place within approximately five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible, pursuant to 28 U.S.C. § 3202(b).

At the hearing, you may explain to the Court why you believe the property the Government has or is taking is exempt. If you do not request a hearing within **twenty (20) days** of the receipt of this Notice, your property may be seized and payment used toward the money you owe the Government. If you think you live outside the Federal Judicial District in which this Court is located, you may request, not later than **twenty (20) days** after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal Judicial District in which you reside. To make such a request, do all of the following:

    (1)    Make your request for a transfer in writing; <u>and</u>

    (2)    Either mail a copy of your request via First Class Mail, or deliver it in person to the Clerk of the Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101; <u>and</u>

    (3)    Either mail a copy of your request via First Class Mail, or deliver deliver it in person to The Trust Account of the Law Office of Glyn E. Lewis, 1100 Dexter Ave. N., Seattle, WA 98109; <u>and</u>

    (4)    Either mail a copy of your request via First Class Mail, or deliver it in person to the U.S. Department of Labor, Office of the Solicitor, Jeannie Gorman, 3009 Fifth Ave., Suite 1120, Seattle, WA 98104.

It is recommended that you keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but may be able to refer you to other sources of information.

///

///

///

///

DATED this ___1st___ day of _____August_____, 2017.

_____
CLERK, U.S. DISTRICT COURT